ACCEPTED
04-14-00547-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/12/2015 3:52:30 PM
KEITH HOTTLE
CLERK

**No. 04-14-00547-CV**

**IN THE
COURT OF APPEALS
FOR THE
FOURTH SUPREME JUDICIAL DISTRICT OF TEXAS
AT SAN ANTONIO, TEXAS**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/12/2015 3:52:30 PM
KEITH E. HOTTLE
Clerk

**IN THE INTEREST OF T.S.P., A CHILD**

**APPELLEE'S MOTION TO EXTEND TIME TO FILE BRIEF**

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS, FOURTH DISTRICT OF TEXAS:**

COMES NOW, MARSALIE ZINSMEYER, the appellee in the above styled and numbered cause, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 49.8, through her attorney of record, files this motion to extend time to file her Appellee's brief. In support of this motion the appellee respectfully shows the following:

1.      On January 16, 2015, Appellant's brief was filed in this case.

2.      The deadline for filing the Appellee's brief in this appeal was set for February 16, 2015.

3.      The Appellee seeks a fourteen-day extension of time to file her brief, making the due date March 2, 2015.

4.      Appellee seeks this extension of time to file her brief because Attorney Shawn H. Smith, has had multiple scheduling conflicts over the past month, including several felony cases which needed to be disposed of through trial or hearings and demanded a large investment of time.

5.      No previous extensions of time to file the motion for rehearing in this cause have been

1

sought or granted.

6. The undersigned counsel does not believe the additional time requested will prejudice or inconvenience the Appellant.

## **PRAYER**

THEREFORE, the Appellee prays that this Court issue an order granting the extension of time to file the Appellee's Brief in the above case, and grant all such relief as is fair and just.

Respectfully submitted,

LAW OFFICES OF SHAWN H. SMITH, P.C.
Shawn H. Smith
1919 San Pedro
San Antonio, TX 78212
Phone: 512-576-3380
Fax: 866-572-6413


/s/ Shawn H. Smith
Shawn H. Smith
State Bar Number: 24079361
ATTORNEY FOR APPELLEE


## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a copy of the above motion was delivered on August 25, 2013 to the State's Attorney: Susan D. Reed, Criminal District Attorney, Bexar County District Attorney's Office, 101 W. Nueva St., Suite 370, San Antonio, Texas 78205.